IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OSCAR GARNER,

    Plaintiff,

v.

PAUL SUMNICHT,
BELINDA SCHRUBBE,
CYNTHIA THORPE and
MARY GORSKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-829-bbc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction.

_____      10/9/12
Peter Oppeneer, Clerk of Court                 Date