## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

      Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                              11-cv-829-bbc

PAUL SUMNICHT,
BELINDA SCHRUBBE,
CYNTHIA THORPE and
MARY GORSKE,

      Defendants.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction.

_Peter Oppeneer_                          10/9/12
Peter Oppeneer, Clerk of Court                     Date