IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OSCAR GARNER,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 11-cv-829-slc

PAUL SUMNICHT, BELINDA
SCHRUBBE, CYNTHIA THORPE and
MARY GORSKE,

    Defendants.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) granting summary judgment and dismissing plaintiff's federal claims against Paul Sumnicht, Belinda Schrubbe, Cynthia Thorpe and Mary Gorske; and

    2) dismissing plaintiff's state law claims without prejudice.

| /s/ | 9/6/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |